**James A. Rourke, appellant, v. Harrison Fossler, appellee. Gen. No. 7,472.**

Bill to establish mechanic's lien. Dismissed for want of equity. Appeal from the Circuit Court of Winnebago county; the Hon. Earl

D. Reynolds, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded with directions. Opinion filed August 3, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Fisher, North, Linscott & Gibboney, for appellant. Roy F. Hall, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.